**Report and Order Terminating Supervised Release
Prior to Original Expiration Date—Notice of Death**

# UNITED STATES DISTRICT COURT

## FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Docket No:  0972 1:22CR00077-001 |
| Ruben Tapia | ) |

On February 11, 2015, the above-named was sentenced to Supervised Release for a period of 5 years. Supervision commenced on March 1, 2022.

On April 20, 2023, this office was notified by his mother that Ruben Tapia was confirmed dead by multiple gunshot wounds on April 19, 2023 (copy of the death certificate is on file). It is accordingly recommended this case be closed.

| Respectfully submitted, | Reviewed by, |
|---|---|
| */s/ Laura Del Villar* | */s/ Marlene K. DeOrian* |
| **Laura Del Villar**<br>United States Probation Officer | **Marlene DeOrian**<br>Supervising United States Probation Officer |

**Dated:**   June 15, 2023
             Visalia, California
             LAD/lr

1

Re: **Ruben Tapia**
 Docket Number:   0972 1:22CR00077-001
 <u>**Report and Order Terminating Supervised Release**</u>
 <u>**Prior to Original Expiration Date—Notice of Death**</u>

## ORDER OF COURT

It appearing that Ruben Tapia is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

IT IS SO ORDERED.

| June 15, 2023 | *Jennifer L. Thurston* |
|---|---|
| Date | **Jennifer L. Thurston**<br>**United States District Judge** |

(Death Certificate on file)

cc:   AUSA - Unassigned
  FLU Unit—United States Attorney's Office (victim notification and/or offender estate)
  Fiscal Clerk—Clerk's Office